IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIE FRANK BARNES,**
    Plaintiff,

vs.                                                        **CASE NO.: 3:05cv444/RV/MD**

**JUDGE E. MASON, et al.,**
    Defendants.

---

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 6, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    This cause is dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim, and the clerk is directed to close the file.

    **DONE AND ORDERED** this 17th day of January, 2006.

                                        */s/ Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**